# UNITED STATES DISTRICT COURT
## District of Columbia

Demetri J. Daniels

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security

Case: 1:07-cv-00505
Assigned To : Walton, Reggie B.
Assign. Date : 3/16/2007
Description: DANIELS V. CHERTOFF

TO: (Name and address of Defendant)

Serve:
U.S. Attorney for the District of Columbia
Kenneth L. Wainstein
~~555~~ 4th Street NW
~~Washington, DC 2000~~1  *501 3nd St NW 4 Fl.*

**RECEIVED**

JUL 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Demetri J. Daniels
5208 Martinique Lane
Alexandria, VA  22315

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 1 6 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/12/07 |
| NAME OF SERVER (PRINT)  DWAYNE Boston | TITLE  PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gary Nails

☐ Returned unexecuted: Doc. Clerk

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/12/07              [signature]
              Date                  Signature of Server

                1522 K St NW Ste 200 W DC 20005
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Demetri J. Daniels

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security

Case: 1:07-cv-00505
Assigned To : Walton, Reggie B.
Assign. Date : 3/16/2007
Description: DANIELS V. CHERTOFF

TO: (Name and address of Defendant)

Serve:
U.S. Attorney-General
Alberto Gonzales
950 Pennsylvania Avenue NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Demetri J. Daniels
5208 Martinique Lane
Alexandria, VA  22315

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JUL 1 6 2007

NANCY MAYER-WHITTINGTON
U.S. DISTRICT COURT

CLERK                                                                 MAR 1 6 2007
                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/12/07 |// 
| NAME OF SERVER (PRINT) Dwayne Bosten | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (Mail Clerk) ALBERT L. MASON

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/07
            Date

Signature of Server

Address of Server: 1522 K St NW Ste 200 WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Demetri Daniels

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security

Case: 1:07-cv-00505
Assigned To : Walton, Reggie
Assign. Date : 3/16/2007
Description: DANIELS V. CHERTOFF

TO: (Name and address of Defendant)

Serve:
General Counsel's Office
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Demetri J. Daniels
5208 Martinique Lane
Alexandria, VA 22315

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JUL 1 6 2007

NANCY MAYER-WHITTINGTON                                    MAR 16 2007
CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/12/07 |

| NAME OF SERVER (PRINT) DWAYNE Boston | TITLE PPS |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Arden Ratana, Asst. to Principal Legal Adv.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/07        _[signature]_
                Date            Signature of Server

Address of Server: 1522 K St NW Ste 200 Wash, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.