UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRI J. DANIELS,**<br>5208 Martinique Lane<br>Alexandria, VA 22315<br><br>    **Plaintiff,**<br><br> v.<br><br>**MICHAEL CHERTOFF, Secretary**<br>**U.S. Department of Homeland Security**<br>Washington, DC 20528<br><br>    **Defendant.** | Civil Action No. 07-0505 (RBW)<br>(ECF) |

## NOTICE OF APPEARANCE

 THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette,

Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.


        Respectfully submitted,


        /s/
        ANDREA McBARNETTE
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 514-7153
        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing Praecipe to be served on pro se plaintiff, **Demetri J. Daniels,** by postage prepaid and addressed as follows:

DEMETRI J. DANIELS
5208 Martinique Lane
Alexandria, Virginia 22315

/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153