UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMETRI J. DANIELS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-0505 (RBW) |
| v. | ) | ECF |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| U.S. Department of Homeland | ) | |
| Security | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MOTION FOR ENLARGEMENT OF TIME TO REPLY TO THE COMPLAINT

The Defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, through counsel, request an enlargement of time to reply to Plaintiff's Complaint. The reply to the Complaint is presently due on September 10, 2007. The undersigned has experienced an unexpected delay in travel. In addition, undersigned counsel must confer with Agency counsel with whom she has a scheduling conflict. Therefore, Defendant requests that he be allowed to file a reply to the Complaint up to and including September 24, 2007.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendants some additional time to formulate a response will aid the parties and the Court in the development and resolution of this case. The undersigned left a message with Plaintiff informing him of the requested relief.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that he be allowed to file his Reply up to and including September 24, 2007. A minute Order is requested.

September 4, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Extend was filed via the Court's electronic filing system on this September 4, 2007 and is expected to be served upon Plaintiff by first class mail postage prepaid to:

Demetri J. Daniels, Pro Se
5208 Martinique Lane
Alexandria, VA 22315

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153