UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland )<br>  Security )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-0505 (RBW) |

NOTICE OF INTENT TO FILE MOTION TO DISMISS

    Pursuant to the minute order dated December 12, 2007, the Defendant informs the Court that he intends to file a dispositive motion in this action by January 4, 2007.  The Court has set an initial scheduling conference for December 17, 2007 at 9:15 am.  The parties have indicated in their Joint 16.3 Report that they believe discovery should be held in abeyance until the Court resolves the motion to dismiss.  Indeed, staying discovery pending resolution of a potentially dispositive motion "is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources."  Coastal States Gas Corp. v. Department of Energy, 84 F.R.D. 278, 282 (D. Del. 1982), citing Westminster Investing Corp. v. G.C. Murphy Co., 434 F.2d 521, 526 (D.C. Cir. 1970).

December 13, 2007                    Respectfully submitted,


                                                                                                                                                 /s/
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                          /s/
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney.


                                          /s/
                                          ANDREA McBARNETTE, D.C. Bar  # 483789
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7153