UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-0505 (RBW) |

MOTION FOR ENLARGEMENT OF TIME TO REPLY TO THE COMPLAINT

The Defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, through counsel, request an enlargement of time to file his motion to dismiss or in the alternative for summary judgment. The dispositive motion is presently due on January 4, 2008.[1] The Defendant had expected to make a timely filing today and but is unable to complete the dispositive motion on time. The undersigned and agency counsel require additional time to consult and finalize the dispositive motion. Therefore, the Defendant requests an extension to January 15, 2008. The undersigned called the Pro Se Plaintiff and left a voice mail message requesting consent to the relief sought but had not heard back from the Plaintiff prior to filing the motion.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendants some additional time to formulate a response will aid the parties and the Court in the development and resolution of this case.

---

[1] The undersigned recognizes that the Court expects a motion for enlargement four days prior to the due date. The Defendant had expected to be able to make a timely filing of his dispositive motion and was unaware until today that completion would be impossible.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that he be allowed to file its dispositive motion up to and including January 15, 2008.

January 4, 2008                              Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion to Extend was filed via the Court's electronic filing system on this January 4, 2008 and was served upon Plaintiff by first class mail postage prepaid to:

Demetri J. Daniels, Pro Se
5208 Martinique Lane
Alexandria, VA 22315


      /s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JAMES E. ZEIGLER                              )
                                              )
       Plaintiff,                            )
  v.                                          )    Case No: 06-1385 (RMC)
                                              )
JOHN E. POTTER,                               )
POSTMASTER GENERAL,                           )
U.S. POSTAL SERVICE                           )
                                              )
       Defendant.                            )
_____)

# **ORDER**

Upon consideration of Defendant's motion for enlargement of time, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant shall file his dispositive motion by January 15, 2008.

                                                                                                            _____
                                                                                                             UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.