UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> U.S. Department of Homeland Security ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-0505 (RBW) |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, hereby moves the Court to file under seal four exhibits attached to Defendant's motion to dismiss or, in the alternative, for summary judgment filed on January 15, 2005. In his complaint, Plaintiff asserts disability discrimination under the Rehabilitation Act of 1973. Out of an abundance of caution, the Defendant seeks to file under seal four medical reports of the *Pro Se* Plaintiff that were attached as exhibits to the Defendant's dispositive motion. See Exhibits 12, 18, 23 (redacted in full) and 30 (redacted in part). Defendant seeks to protect sensitive information by filing under seal these documents.

January 16, 2008                              Respectfully submitted,

                                                                     _____
                                                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                     United States Attorney

                                                                     _____
                                                                     RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                     Assistance United States Attorney

                                                                     _____
                                                                     ANDREA MCBARNETTE, D.C. Bar # 483789
                                                                     Assistant United States Attorney
                                                                     555 4th Street N. W.
                                                                     Washington, D.C. 20530
                                                                     (202) 514-7153