UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-0505 (RBW) |

**NOTICE OF FILING UNDER SEAL**

Pursuant to the Court's Order dated January 17, 2008, the Defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, hereby files under seal four exhibits from Defendant's motion to dismiss or, in the alternative, for summary judgment filed on January 15, 2008. The exhibits filed under seal include 12, 18, 23 (redacted in full) and 30 (redacted in part).

January 17, 2008

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistance United States Attorney

_____
ANDREA MCBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 4th Street N. W.
Washington, D.C. 20530
(202) 514-7153