THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS<br><br>Plaintiff *Pro Se*,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br><br>Defendants. | Civil Action No. 07-505 (RBW) |

## MOTION FOR ENLARGEMENT OF TIME
## TO OPPOSE DISMISSIVE MOTION OR IN THE ALTERNATIVE
## FOR SUMMARY JUDGEMENT

The Plaintiff, Demetri J. Daniels, requests an enlargement of time to file his opposition to Defendant's motion to dismiss or in the alternative for summary judgment. The parties have indicated in their Joint 16.3 Report that Plaintiff has 21 days, or until February 7, 2008, to file an opposition after service of this motion, received on January 17, 2008. However, for medical reasons, the Plaintiff requests an extension from February 7 to February 19, 2008.[1]

The Plaintiff called the Defendant's counsel and left a voice mail message requesting relief sought but had not heard back from Defendant's counsel prior to filing this opposition motion.

This is the Plaintiff's first request for a time extension. This motion is sought in good faith and will not unfairly prejudice any party. Allowing the Plaintiff some

---

[1] Consistent with the parties Joint 16.3 report, this motion to extend includes and complies with the LCvR 7(b) requirement that, "Within 11 days of date of service, ... an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."

RECEIVED
JAN 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

additional time to formulate a response will aid the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests that he be allowed to file his opposition to the Defendant's motion to dismiss or in the alternative for summary judgment up to and including February 19, 2008.

January 28, 2008

Respectfully submitted,

/s/ Demetri J. Daniels

Demetri J. Daniels, Pro Se
5208 Martinique Lane
Alexandria, Virginia 22315
(202) 255-6515

# CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(e)(3), I hereby certify that the foregoing documents regarding my Motion to Extend was filed in paper form with the Clerk and served in paper form upon Defendants by first class postage prepaid to:

Andrea McBarnette
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

_____
Demetri J. Daniels, Pro Se
5208 Martinique Lane
Alexandria, Virginia 22315
(202) 255-6515

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRI J. DANIELS

    Plaintiff *Pro Se*,

    v.

MICHAEL CHERTOFF, Secretary,

    Defendants.

Civil Action No. 07-505 (RBW)

## ORDER

Upon consideration of Plaintiff's motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall file his opposition to Defendant's dispositive motion or in the alternative for summary judgment by February 19, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2008.