NOT USDC File Stamp TD, case Admin.



**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DEMETRI J. DANIELS**

**Plaintiff *Pro Se*,**

**v.**

**MICHAEL CHERTOFF, Secretary,**

**Defendants.**

**Civil Action No. 07-505 (RBW)**

**MOTION FOR EXTENSIONS OF TIME TO OPPOSE DISMISSIVE MOTION OR IN THE ALTERNATIVE FOR SUMMARY JUDGEMENT**

Pursuant to the General Order and Guidelines for Civil Cases assigned to the Honorable Judge Reggie B. Walton, the Plaintiff, Demetri J. Daniels, requests, for medical reasons, an extension of time to file his opposition to Defendants' motion to dismiss or in the alternative for summary judgment. The Plaintiff's request is set forth below in the same order in which the matters are listed in paragraph 5 of the General Order.

**5. Motions for Extensions of Time**

**(a) The number of previous extensions requested and granted to each party;**

To date, Plaintiff requested one time extension on January 28, 2008. The Court granted this extension on January 31, 2008. The Defendant has not responded, as requested by email and phone, prior to filing this motion. (See Exhibit 1).

**(b) The specific grounds for the motion;**

The grounds for this motion, medical reasons, remain the same as the January 28, 2008 request and January 31, 2008 approval. More specifically, the Plaintiff's pre-

RECEIVED
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

existing medical condition, Post Traumatic Stress Disorder, was exacerbated when coming into contact with a document, erroneously mailed by the Defendants, which belonged to another Plaintiff and civil case (See Exhibit 2).

Plaintiff asserts that this event, which would ordinarily have little effect for most people, had great impact on him because of his pre-existing medical condition.

As a result, the Plaintiff immediately sought and continues to receive medical assistance to treat symptoms similar to the June 28, 2004 on-the job-injury, whereby the Defendants apparently mailed, in error, the Plaintiff's security clearance papers to a Kinko's Copy Center (See Exhibit 3).

The medical documents that describe the Plaintiff's current symptoms are, in general, similar to the symptoms that resulted from the June 28, 2004 on-the-job injury. However, these relevant medical documents are not part of this motion because the Defendants, through the Court, placed these documents under seal on January 17, 2008.[1]

**(c) A statement of the effect that the court's granting of the motion will have on all other previously scheduled deadlines;**

The Plaintiff understands that the Defendants, unlike the June 28, 2004 incident, made an honest mistake by mailing him the wrong case document.

By granting this motion, the Court would extend, by 270 days— from February 19, to November 19, 2008—the Plaintiff's deadline to (a) respond to the Defendants' dismissive motion or in the alternative for summary judgment, and (b) oppose the Defendants' points and authorities, LCvR7 (b).

The Plaintiff is unaware of any previously scheduled deadline(s) other than (a) and (b) as stated above in this section (See Section (d)).

[1] See Defendants' Exhibits 12, 18, 23 and 30

Plaintiff asserts that the additional time would minimize the risk of relapse and/or recurrence of his medical condition and reduce the need for subsequent and related time extensions. Allowing the Plaintiff some additional time to formulate a response will aid the parties and the Court in the development and resolution of this case.

Medical evidence is available upon request.

In the event, that the Plaintiff fully recovers before November 19, 2008, he will notify the opposing counsel and Court to ensure that this case is resolved as quickly as possible. Conversely, should the Defendants oppose this motion, in whole or in part, the Plaintiff respectfully requests that the Defendants consider allowing him to proceed with the attorney of his choice and at the Defendants'expense.

**(d) In case where the motion seeks to extend the deadline for a dispositive motion, a suggested timeline for the filing of the opposition and reply; and**

The Defendants' motion to extend its deadline for a dispositive motion apparently did not follow the required format in the General Order and Guidelines for Civil Cases, which states in part,

> *"In addition, such a motion must be filed at least four (4) business days prior to the deadline the motion is seeking to extend and must include the following (otherwise it will not be considered by the court):"*

Without following the required Court instructions in Section 5 of the General Order for "Motions for Extensions of Time," the Plaintiff has no way to know the Defendants' suggested timeline to file his opposition and reply.

Consistent with the Court's instructions, the Plaintiff respectfully motions the Court to not consider the Defendants' filing of its dispositive motion or in the alternative

for summary judgment; and instead, proceed to discovery and alternative dispute resolution.

(e) **Pursuant to Local Civil Rule 7(m), the moving party shall include a statement of opposing counsel's position on the motion.**

The Defendant has not responded, as requested by email and phone, prior to filing this motion. (See Exhibit 1).

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests that he be allowed to file his opposition to the Defendant's motion to dismiss or in the alternative for summary judgment up to and including November 19, 2008.

February 13, 2008

Respectfully submitted,

Demetri J. Daniels, *Pro Se*
5208 Martinique Lane
Alexandria, Virginia 22315
(202) 255-6515

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(e)(3), I hereby certify that the foregoing documents regarding my Motion to Extend was filed in paper form with the Clerk and served in paper form upon Defendants by first class postage prepaid to:

Andrea McBarnette
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Demetri J. Daniels, *Pro Se*
5208 Martinique Lane
Alexandria, Virginia 22315
(202) 255-6515

Exhibit 1, Email, February 11, 2008

**Subject:** **DANIELS - Motion To Extend Time, Number 2.**
**Date:** 2/11/2008 1:44:37 A.M. Eastern Standard Time
**From:** JamDn463
**To:** andrea.mcbarnette@usdoj.gov
**CC:** JamDn463

Good Morning, Andrea

For medical reasons, I plan to file a motion to extend my time to reply to and oppose your dismissive motion.

In reviewing the Court's procedures, I must --

(1) file the motion at least **4 business days** prior to the February 19, 2008 deadline.

(2) the motion must contain a statement of your position on the motion, Part (e).

The motion is attached. Please complete Part (e) and return. I plan to file this on Wednesday, February 13; and I will mail you a copy of what I filed.

The draft motion is attached. The order sent in error was ZEIGLER v. POTTER.

I will call you later today to see if you got this email; or you can call me.

Andrea, thank you. Should you have any questions, please call me at 202-255-6515.

Demetri

Exhibit 2, Unrelated Court Document,
Erroneously Mailed, on or about, January 18, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES E. ZEIGLER )
)
Plaintiff, )
v. ) Case No: 06-1385 (RMC)
)
JOHN E. POTTER, )
POSTMASTER GENERAL, )
U.S. POSTAL SERVICE )
)
Defendant. )
)

**ORDER**

Upon consideration of Defendant's motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file his dispositive motion by January 15, 2008.

______________________________
UNITED STATES DISTRICT JUDGE

Dated: ______________________, 2008.

Exhibit 3 , OWCP Injury Claim, June 28, 2004

**Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



**Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.**
**Witness: Complete bottom section 16.**
**Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.**

**Employee Data**

1. Name of employee (Last, First, Middle): DANIELS JAMES
2. Social Security Number: 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
3. Date of birth Mo. Day Yr.: 04 28 50
4. Sex: [X] Male [ ] Female
5. Home telephone: (703) 922-5388
6. Grade as of date of injury Level 14 Step 9
7. Employee's home mailing address (Include city, state, and ZIP code): 5208 MARTINIQUE LANE ALEXANDRIA VIRGINIA 22315
8. Dependents: [X] Wife, Husband [ ] Children under 18 year! [ ] Other

L802IG

**Description of Injury**

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine): 5208 MARTINIQUE LANE, ALEXANDRIA 22315 (APPROVED FOR WORK AT HOME)
10. Date injury occurred Mo. Day Yr.: 06 28 04 Time: 11:30 [X] a.m. [ ] p.m.
11. Date of this notice Mo. Day Yr.: 07 27 04
12. Employee's occupation: Auditor 14/09
13. Cause of injury (Describe what happened and why): New INJury (NON-recurrent) Discovery of Personal Government Security Papers at KINKOS IN Waldorf Maryland.
14. Nature of injury (Identify both the injury and the part of body, e.g., fracture of left leg): New INJury. See "Brief Psychological Evaluation" on attached pages 3 and 4 of 8.

99 14 CZ 104

a. Occupation code: GS 0511
b. Type code: 0820 c. Source code: 0280
OWCP Use - NOI Code: DM

**Employee Signature**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

[X] a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

[ ] b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

**Signature of employee or person acting on his/her behalf** James Daniels **Date** 7-27-04

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

**Witness Statement**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

See STATEMENT of witnesses compiled By KINKO's Security Officer on page 6 of 8. Police report requested 7-15-04.

Name of witness: See Page 6 Kinko's Security Officer Mr. Todd Addis
Signature of witness:
Date signed:
Address: See Attached page 6 of 8
3230 CRAIN HWY (KINKOS) City: WALDORF State: MARYLAND ZIP Code: 20603

Form CA-1
Rev. Jan. 1997

**CONFIDENTIAL**

1889

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DEMETRI J. DANIELS**

**Plaintiff *Pro Se*,**

**v.**

**MICHAEL CHERTOFF, Secretary,**

**Defendants.**

**Civil Action No. 07-505 (RBW)**

# ORDER

Upon consideration of Plaintiff's motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall file his opposition to Defendant's dispositive motion or in the alternative for summary judgment by November 19, 2008.

________________________________
UNITED STATES DISTRICT JUDGE

Dated:______________________, 2008.