# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRI J. DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-505 (RBW) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary for ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Michael Chertoff and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: February 19, 2008          Respectfully submitted,

/s/
Andrea McBarnette,
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7513
Andrea.McBarnette@usdoj.gov


/s/
Brandon L. Lowy,
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
Brandon.Lowy@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of February, 2008, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

DEMITRI J. DANIELS
5208 Martinique Lane
Alexandria, VA 22315


                                      /s/   *Brandon L. Lowy*
                                BRANDON L. LOWY