UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRI J. DANIELS
_____
Plaintiff

vs.

MICHAEL CHERTOFF
SECRETARY FOR
DEPARTMENT OF HOMELAND SECURITY
_____
Defendant

Civil Action No. 07-505 (RBW)

## NOTICE OF APPEAL

Notice is hereby given this 15TH day of APRIL, 2008, that

PLAINTIFF,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 19TH day of February, 2008

in favor of

against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Brandon L. Lowy,
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

RECEIVED
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616011688
Cashier ID: lwebb
Transaction Date: 04/15/2008
Payer Name: NOTICE OF APPEAL
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NOTICE OF APPEAL
 Amount:      $455.00
--------------------------------
CHECK
  Check/Money Order Num: 083562710
  Amt Tendered: $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

07-0505

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```